STATE OF INDIANA            IN THE MARION SUPERIOR COURT
                         SS:    CRIMINAL DIVISION, ROOM 12

COUNTY OF MARION

STATE OF INDIANA **FILED**

VS.        (254)  OCT 31 2017     CAUSE NO. 49G12-1710-CM-042019

Kraig Kenworthy   *Myla A. Eldridge*
                    CLERK OF THE MARION CIRCUIT COURT

ORDER FOR EXAMINATION CONCERNING COMPETENCY TO STAND TRIAL
AND/ OR INSANITY DEFENSE

George Parker, M.D.                              Dr. Stephanie Callaway
IU School of Medicine                             6100 N. Keystone Avenue
Department of Psychiatry                     Suite 257
355 West 16th Street, Suite 4800           Indianapolis, IN 46220
Indianapolis, IN 46202-2279

     YOU HAVE BEEN APPOINTED by the Court to examine the above named defendant, _Kraig Kenworthy_ , DOB: _10/21/1961_ , SSN: 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, Gallery #_711847_____, as to whether the defendant has comprehension sufficient to understand the nature of these proceedings and aid his attorney in his defense.

(Check if applicable)
__x__ You are also appointed to examine the defendant as to whether, as a result of a mental disease or defect, the defendant was unable to appreciate the wrongfulness of the defendant's conduct at the time of the alleged offenses on 6/22/16, which offenses is charged as Intimidation- Threaten Another To Place Then In Fear Of Retaliation For Prior Act/MA_____.

- Indiana law defines *"mental disease or defect"* to mean a severely abnormal mental condition that grossly and demonstrably impairs a person's perception. The term, however, *"does not include an abnormality manifested only by repeated unlawful or anti-social conduct."*
- Defense counsel is not allowed to be present for the examination. <u>Estelle v. Smith,</u> 451. U.S. 454 (1981).
- The defendant is being held at the Marion County Jail.
- If the defendant is in jail, please contact the jail to set up a time for your evaluation of the defendant.
- If the defendant is incarcerated in a facility other than the Marion County Jail, the defense counsel is hereby ordered to contact you to arrange a time when the