# CHRONOLOGICAL CASE SUMMARY
## CASE SUMMARY
### CASE NO. 49G12-1710-CM-042019

| | | |
|---|---|---|
| State of Indiana | § § § § § § § § § § | Location: **Marion Superior Court, Criminal Division 12**<br>Judicial Officer: **Certo, David**<br>Filed on: **10/30/2017**<br>Police Agency Number: **DP170122963**<br>Prosecutor Case Management Number: **49G12-DM1291962**<br>Protection Order Registry: **646985**<br>**646987**<br>**646988**<br>**646989** |
| v. | | |
| **KRAIG KENWORTHY** | | |

## CASE INFORMATION

**Offense** | **Statute** | **Deg** | **Date** | Case Type: | **CM - Criminal Misdemeanor**
---|---|---|---|---|---
1. 35-45-2-1(a)(2)/MA: Intimidation-Threaten Another To Place Them In Fear Of Retaliation For Prior Act | 35-45-2-1(a)(2) | MA | 10/25/2017 | Case Status: | **10/30/2017 Pending**
| | | | | Case Flags: | **No Contact Order**<br>**Electronically Filed**

**Warrants**
Bench Warrant - KENWORTHY, KRAIG A (Judicial Officer: Certo, David )
10/30/2017    9:18 PM    Served
10/30/2017    2:09 PM    Issued
Fine:      $0
Bond:    $2,500.00                                    **Marion Cash Bond**

## CASE ASSIGNMENT

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number          49G12-1710-CM-042019<br>Court                     Marion Superior Court, Criminal Division 12<br>Date Assigned       10/30/2017<br>Judicial Officer       Certo, David |

## PARTY INFORMATION

**State Plaintiff**    State of Indiana

*Attorneys*
**Curry, Terry Raymond**
317-327-5338(W)
*MARION COUNTY
PROSECUTOR'S OFFICE
251 East Ohio Street
Suite 160
Indianapolis, IN 46204*
MCPO-EFSNotification@Indy.Gov

**Defendant**    **KENWORTHY, KRAIG A**
*1415 Broadway St
INDIANAPOLIS, IN 46202
White Male Height 5' 8" Weight 170
DOB: 10/21/1961 Age: 56
Other Agency Number: 000000711847 Indianapolis Metropolitan Police*

| DATE | EVENTS & ORDERS OF THE COURT | |
|---|---|---|
| 10/30/2017 | *CANCELED* **Initial Hearing** (1:00 PM) (Judicial Officer: Certo, David)<br>*Assigned in Error* |  |
| 10/30/2017 | **Bond Setting** | |

# CASE SUMMARY
## CASE NO. 49G12-1710-CM-042019

|  |  |  |
|---|---|---|
|  | Bond Set<br>Marion Cash Bond | $2,500.00 |
| 10/30/2017 | Case Opened as a New Filing | |
| 10/30/2017 | Case Filed Electronically<br>    *Added By EFile Manager* | |
| 10/30/2017 | Information Filed<br>    File Stamp: 10/30/2017<br>    Filed By: State Plaintiff State of Indiana<br>    *Information* | |
| 10/30/2017 | Motion for No Contact Order Filed<br>    File Stamp: 10/30/2017<br>    Filed By: State Plaintiff State of Indiana<br>    *No Contact Order MOTION--Public* | |
| 10/30/2017 | Probable Cause Affidavit Filed<br>    File Stamp: 10/30/2017<br>    Filed By: State Plaintiff State of Indiana<br>    *PC Kenworthy.pdf* | |
| 10/30/2017 | Discovery Filed<br>    File Stamp: 10/30/2017<br>    Filed By: State Plaintiff State of Indiana<br>    *CM History Kenworthy.pdf* | |
| 10/30/2017 | Hearing Scheduling Activity<br>    *Initial Hearing scheduled for 10/30/2017 at 1:00 PM.* | |
| 10/30/2017 | Probable Cause Found: Order Issued (Judicial Officer: Certo, David )<br>    Order Signed: 10/30/2017 | |
| 10/30/2017 | Warrant or Writ of Attmnt for the Body of a Person Issued | |
| 10/30/2017 | Hearing Scheduling Activity<br>    *Initial Hearing scheduled for 10/30/2017 at 1:00 PM was cancelled. Reason: Assigned in Error.* | |
| 10/30/2017 | No Contact Order Issued<br>    Order Signed: 10/30/2017<br>    *POR - No Contact Order No Contact Order - Pretrial Release; Issued by: HON DAVID J. CERTO* | |
| 10/30/2017 | Service Returned Served: Order of Protection<br>    Served: Defendant KENWORTHY, KRAIG A<br>    *POR - Service Perfected: Service Date: 10/30/2017 1:45 PM Person Served: KRAIG A KENWORTHY;Served By: Sargent B.Seligman Defendant Refused To Sign; Street: 902 Virginia Ave; City: Indianapolis; County: Marion; Agency: Marion Superior Court 12, Criminal Division (49G12); Manner: Court;* | |
| 10/30/2017 | No Contact Order Issued<br>    Order Signed: 10/30/2017<br>    *POR - No Contact Order No Contact Order - Pretrial Release; Issued by: HON DAVID J. CERTO* | |
| 10/30/2017 | Service Returned Served: Order of Protection | |

# CASE SUMMARY
## CASE NO. 49G12-1710-CM-042019

|  |  |
|---|---|
|  | Served: Defendant KENWORTHY, KRAIG A<br>*POR - Service Perfected: Service Date: 10/30/2017 1:45 PM Person Served: KRAIG A KENWORTHY;Served By: Lieutenant B.Seligman Defendant Refused To Sign; Street: 902 Virginia Ave; City: Indianapolis; County: Marion; Agency: Marion Superior Court 12, Criminal Division (49G12); Manner: Court;* |
| 10/30/2017 | Administrative Event<br>*POR - Lieutenant B.Seligman Not Sergeant* |
| 10/30/2017 | Administrative Event<br>*POR - No Contact Order - Pretrial Release expired* |
| 10/30/2017 | No Contact Order Issued<br>Order Signed: 10/30/2017<br>*POR - No Contact Order No Contact Order - Pretrial Release; Issued by: HON DAVID J. CERTO* |
| 10/30/2017 | No Contact Order Issued<br>Order Signed: 10/30/2017<br>*POR - No Contact Order No Contact Order - Pretrial Release; Issued by: HON DAVID J. CERTO* |
| 10/30/2017 | Service Returned Served: Order of Protection<br>Served: Defendant KENWORTHY, KRAIG A<br>*POR - Service Perfected: Service Date: 10/30/2017 1:45 PM Person Served: KRAIG A KENWORTHY;Served By: Lieutenant B.Seligman Defendant Refused To Sign; Street: 902 Virginia Ave; City: Indianapolis; County: Marion; Agency: Marion Superior Court 12, Criminal Division (49G12); Manner: Court;* |
| 10/30/2017 | No Contact Order Issued<br>Order Signed: 10/30/2017<br>*POR - No Contact Order No Contact Order - Pretrial Release; Issued by: HON DAVID J. CERTO* |
| 10/30/2017 | Service Returned Served: Order of Protection<br>Served: Defendant KENWORTHY, KRAIG A<br>*POR - Service Perfected: Service Date: 10/30/2017 1:45 PM Person Served: KRAIG A KENWORTHY;Served By: Lieutenant B.Seligman Defendant Refused To Sign; Street: 902 Virginia Ave; City: Indianapolis; County: Marion; Agency: Marion Superior Court 12, Criminal Division (49G12); Manner: Court;* |
| 10/30/2017 | Hearing Scheduling Activity<br>*Initial Hearing scheduled for 10/31/2017 at 9:00 AM.* |
| 10/30/2017 | Warrant or Writ of Attmnt for the Body of a Person Served |
| 10/30/2017 | Hearing Scheduling Activity<br>*Initial Hearing scheduled for 10/31/2017 at 9:00 AM was cancelled. Reason: Other.* |
| 10/30/2017 | Hearing Scheduling Activity<br>*Initial Hearing scheduled for 10/31/2017 at 8:30 AM.* |
| 10/31/2017 | **CANCELED Initial Hearing** (8:30 AM)<br>Other |
| 10/31/2017 | **CANCELED Initial Hearing** (9:00 AM) (Judicial Officer: Certo, David)<br>Other |
| 10/31/2017 | **Initial Hearing** (9:00 AM) (Judicial Officer: Certo, David)<br>*Commenced and concluded* |



| | |
|---|---|
| | Parties Present: Defendant    KENWORTHY, KRAIG A |
| 10/31/2017 | Hearing Scheduling Activity<br>*Initial Hearing scheduled for 10/31/2017 at 8:30 AM was cancelled. Reason: Other.* |
| 10/31/2017 | Hearing Scheduling Activity<br>*Initial Hearing scheduled for 10/31/2017 at 9:00 AM.* |
| 10/31/2017 | Hearing Scheduling Activity<br>*Pretrial Conference scheduled for 12/04/2017 at 1:00 PM.* |
| 10/31/2017 | Advisement of Rights Conducted (Judicial Officer: Certo, David ) |
| 10/31/2017 | Omnibus Date<br>*12/25/17* |
| 10/31/2017 | Order to Release From Custody (Judicial Officer: Certo, David )<br>Order Signed: 10/31/2017<br>*As To This Case Only* |
| 10/31/2017 | Administrative Event<br>*Defendant Or'd Over States Objection,Defendant Wants To Proceed Pro Se, Defendant To Notify Security When And Why He Is In The Building, Defendant Provided With A Copy Of Probable Cause And Charging Information.* |
| 10/31/2017 | Administrative Event<br>*Court Declines To Place Defendant On Gps Over State's Objection.* |
| 10/31/2017 | Competency Evaluation Filed<br>Date Filed: 10/31/2017 |
| 11/01/2017 | Automated Paper Notice Issued to Parties<br>*Hearing Scheduling Activity ---- 10/30/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/30/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/30/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/30/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/30/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/31/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/31/2017 : KRAIG A KENWORTHY Hearing Scheduling Activity ---- 10/31/2017 : KRAIG A KENWORTHY* |
| 11/01/2017 | Automated ENotice Issued to Parties<br>*Hearing Scheduling Activity ---- 10/30/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/30/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/30/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/30/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/30/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/31/2017 : Terry Raymond Curry Hearing Scheduling Activity ---- 10/31/2017 : Terry Raymond Curry* |
| 12/04/2017 | **Pretrial Conference** (1:00 PM) (Judicial Officer: Certo, David) |